IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00044-CV

 

John S. Nolen and Gene Nolen,

                                                                                    Appellants

 v.

 

Larry McGrew and Carol McGrew,

                                                                                    Appellees

 

 

 



From the 87th District Court

Leon County, Texas

Trial Court No. 0-06-223A

 



memorandum Opinion



 

Appellants have filed a “Motion to Dismiss Appeal.” 
See Tex. R. App. P. 42.1(a)(1). 
It states that the parties have “settled and compromised their differences and
there no longer exists any matter in controversy between them.”

Dismissal of this appeal would not prevent a party
from seeking relief to which it would otherwise be entitled.  The appeal is
dismissed.

 




PER CURIAM

 

 

Before Chief Justice
Gray,

            Justice
Vance, and

            Justice Reyna

Appeal dismissed

Opinion delivered and
filed March 19, 2008

[CV06]